THE SISTERS OF THE POOR OF ST. FRANCIS, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Submitted January 29, 1889; decided February 8, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made January 17, 1888, which reversed an interlocutory judgment overruling a demurrer to plaintiff's complaint.

*George Bliss* for appellant.

*David J. Dean* for respondent.

Agree to affirm on opinion of court below.
All concur.
Order affirmed.